IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Owens Corning, *et al.*, and Credit Suisse First Boston, as Agent to the Bank Group | : : : : | Civil Action No. 04-906 Civil Action No. 04-907 |
| v. | : : | |
| Official Committee of Asbestos Claimants of Owens Corning, *et al.* | : : | |

**ORDER**

AND NOW, this 19th day of October 2005, upon consideration of the Motion of the Official Committee of Unsecured Creditors of Owens Corning for Leave to File a Supplemental Brief, and the response thereto, IT IS ORDERED:

That the Motion is GRANTED. The supplemental brief attached as Exhibit A to the Motion is deemed FILED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.