# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED ) <br> CREDITORS OF OWENS CORNING, *et al.*, ) <br>   ) <br> and ) <br>   ) <br> CREDIT SUISSE FIRST BOSTON, as agent to ) <br> the BANK GROUP, ) <br>       Appellants, ) <br>     v. ) <br>   ) <br> OFFICIAL COMMITTEE OF ASBESTOS ) <br> CLAIMANTS OF OWENS CORNING, *et al.*, ) <br>   ) <br>       Appellee. ) <br>   ) | Case No. CA-04-906 (JPF) <br> Case No. CA-04-907 (JPF) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Elihu Inselbuch, Esquire, of Caplin & Drysdale, Chartered, counsel for the Official Committee of Asbestos Claimants in the above-captioned case, will have a new address effective November 28, 2005.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these proceedings shall be served upon Elihu Inselbuch, Esquire at the following address:

> Elihu Inselbuch, Esquire
> Rita Tobin, Esquire
> Caplin & Drysdale, Chartered
> 375 Park Avenue, 35th Floor
> New York, NY  10152-3500
> Telephone: (212) 319-7125
> Telefax: (212) 644-6755

**PLEASE TAKE FURTHER NOTICE** that the address of the Washington, D.C. office of Caplin & Drysdale, Chartered has not changed.

{D0051550:1 }

                CAMPBELL & LEVINE, LLC

                /S/ Mark Hurford
                Marla Rosoff Eskin (DE No. 2989)
                Mark T. Hurford (DE No. 3299)
                800 King Street, Suite 300
                Wilmington, DE  19801
                (302) 426-1900

Dated: November 23, 2005