# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br>　　　Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>Jointly Administered |
| UNSECURED CREDITORS COMMITTEE,<br>　　　Appellants,<br><br>v.<br><br>OWENS CORNING, *et al.,*<br>　　　Appellees. | <br><br><br>Civil Action No. 04-0906-JPF<br><br>**Related to Docket No. 25** |
| CREDIT SUISSE FIRST BOSTON,<br>　　　Appellants<br><br>v.<br><br>OWENS CORNING, *et al.,*<br>　　　Appellees. | <br><br><br>Civil Action No. 04-0907-JPF<br><br>**Related to Docket No. 19** |

## AFFIDAVIT OF SERVICE

　　　I, Mary C. McLaughlin, an employee of Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, PO Box 1266, Wilmington, DE 19899, hereby certify that on March 27, 2007, a true and correct copy of the **Order of Dismissal** was served by first class mail, postage prepaid, on the parties on the attached service list.

　　　　　　　　　　　　　　　　　　　　　　SAUL EWING LLP


　　　　　　　　　　　　　　　By:　*/s/ Mary C. McLaughlin*
　　　　　　　　　　　　　　　　　　Mary C. McLaughlin, Secretary
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 421-6800

Subscribed and sworn to me before
this *29th* day of March, 2007

*/s/ Monica A. Molitor*
　　　　Notary Public

546333.5 3/29/07

**Owens Corning, et al.**
**Service List – Order of Dismissal**

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

James McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James F. Conlan, Esquire
Larry J. Nyhan, Esquire
Jeffrey C. Steen, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Edmund M. Emrich, Esq.
Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N. W.
Washington, DC 20005-5802

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Sharon M. Zieg, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Martin Bienenstock, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Rebecca Butcher, Esquire
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

546333.5 3/29/07